Case 3:16-cv-00665-WHA   Document 9   Filed 06/02/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBEHEBA TEHRANI, et al.,<br><br>    Defendants. | Case No. 16-cv-00665-EDL<br><br>**ORDER TO SHOW CAUSE** |

On February 9, 2016, pro se Plaintiff filed a complaint against Defendants Robeheba Tehran (dba Sinclair Gas, Lone Tree Service, Lone Tree Gas & Food) and Real Holdings, Inc. alleging violation of the Americans With Disabilities Act and related statutes. Plaintiff consented to this Court's jurisdiction. The Court issued a summons as to both Defendants on February 9. On March 15, Plaintiff filed a notice with the Court stating that the address for one of the Defendants was incorrect on the original summons and the Clerk of Court issued an amended summons for Real Holdings, Inc. on March 15 and an amended summons as to both Defendants on April 1.

There has been no showing that Plaintiff has served either Defendant with the summons and complaint in this case in accordance with 90-day deadline set out in Federal Rule of Civil Procedure 4(m). The time to serve Defendants in accordance with Rule 4 has expired. When the time to serve has expired, the Court "must dismiss the action without prejudice . . . or order that service be made within a specified time." See Fed. R.Civ. P. 4(m). Plaintiff is hereby Ordered to Show Cause by no later than June 14 why this case should not be dismissed without prejudice for failure to serve, or why more time for service should be allowed. If plaintiff fails to timely respond, the case will dismissed for failure to serve.

**IT IS SO ORDERED.**

Dated: June 2, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge