UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br>          Plaintiff,<br>    v.<br>ROBEHEBA TEHRANI, et al.,<br>          Defendants. | Case No. 16-cv-00665-EDL<br><br>**ORDER ALLOWING ADDITIONAL TIME FOR JOINT SITE INSPECTION**<br><br>Re: Dkt. No. 17 |

Plaintiff's request for a continuance of the deadline to conduct a joint site inspection is granted, and the joint site inspection shall take place within 45 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: July 12, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBEHEBA TEHRANI, et al.,<br><br>    Defendants. | Case No.  3:16-cv-00665-EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisca Moralez
4464 Lone Tree Way
Antioch, CA 94531

Dated: July 12, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ L. Scott
Lashanda Scott, Deputy Clerk to the
Honorable ELIZABETH D. LAPORTE

2