IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZISCA MORALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBEHERBA TEHRANI, ARUN KUMAR, and BILL BINDAL, d/b/a Sinclair Gas, Lone Tree Service, Lone Tree Gas & Food,<br><br>  Defendants.<br>———————————————————/ | No. C 16-00665 WHA<br><br>**ORDER EXTENDING DEADLINE TO OBJECT TO REPORT AND RECOMMENDATION** |

Plaintiff's counsel may file a formal objection to the pending report and recommendation by **DECEMBER 8 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 1, 2016.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE