IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZISCA MORALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBEHERBA TEHRANI, ARUN KUMAR, and BILL BINDAL, d/b/a Sinclair Gas, Lone Tree Service, Lone Tree Gas & Food,<br><br>    Defendants. | No. C 16-00665 WHA<br><br>**ORDER EXTENDING DEADLINE TO SERVE DEFENDANTS AND DECLINING TO ADOPT REPORT AND RECOMMENDATION** |

Plaintiff shall have until **MAY 25** to serve defendants. There will be **NO FURTHER EXTENSIONS**. The report and recommendation regarding dismissal for lack of prosecution is **NOT ADOPTED**.

**IT IS SO ORDERED.**

Dated: April 24, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE