IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANZISCA MORALEZ,

    Plaintiff,

  v.

ROBEHERBA TEHRANI, ARUN KUMAR, and BILL BINDAL, d/b/a Sinclair Gas, Lone Tree Service, Lone Tree Gas & Food,

    Defendants.

No. C 16-00665 WHA

**ORDER RE PROOF OF SERVICE**

On November 16, 2016, Judge Elizabeth Laporte filed a report and recommendation to dismiss this action for failure to timely serve defendants, and failure to prosecute (Dkt. No. 28). The action was reassigned to the undersigned judge who declined to adopt Judge Laporte's report and recommendation, and ordered Moralez to serve defendants by May 25, 2017 (Dkt. No. 33). That order stated that no further extensions would be granted.

Moralez shall file proof that she served defendants on May 25, 2017 or earlier by **WEDNESDAY, MAY 31 AT NOON**. In the event that Moralez fails to do so, this action will be dismissed.

**IT IS SO ORDERED.**

Dated: May 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE