IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZISCA MORALEZ,<br><br>Plaintiff,<br><br>v.<br><br>ROBEHERBA TEHRANI, ARUN KUMAR, and BILL BINDAL, d/b/a Sinclair Gas, Lone Tree Service, Lone Tree Gas & Food; REAL HOLDINGS, INC.,<br><br>Defendants.<br>/ | No. C 16-00665 WHA<br><br>**ORDER TO SHOW CAUSE AND DISMISSING DEFENDANTS REAL HOLDINGS, INC., ROBEHERBA TEHRANI, AND BILL BINDAL** |

On May 26, plaintiff Franzisca Moralez was ordered to file, by May 31 at noon, proof that she had served defendants. The order provided that if Moralez failed to file proof of service, this action would be dismissed (Dkt. No. 35).

Moralez filed a certificate of service on May 31 naming "Arun Kumar, et al., dba Sinclair Gas, Lone Tree Gas & Food" and stating that the process server "personally served the summons on the individual at . . . 3720 Lone Tree Way, Antioch, CA" (Dkt. No. 36). Moralez did not file proof that she served Real Holdings, Inc., located at 11740 Sunset Blvd., Los Angeles. Therefore, claims against Real Holdings, Inc. are **DISMISSED**. Additionally, she named only Arun Kumar in her certificate of service. Accordingly, claims against defendants Robeherba Tehrani and Bill Bindal are **DISMISSED**. *See* FRCP 4(b), (e).

Finally, it appears that the summons served is defective (Dkt. No. 15). It does not include the address of either the plaintiff or plaintiff's attorney as required by FRCP 4(a)(1)(C). Moralez is ordered to appear and show cause as to why her amended complaint should not be

dismissed in its entirety on **JUNE 22 AT 11:00 A.M.** on the 19th floor of the Phillip Burton Courthouse, Courtroom 8, 450 Golden Gate, Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: June 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE