IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANZISCA MORALEZ,

    Plaintiff,

  v.

ROBEHERBA TEHRANI, ARUN KUMAR, and BILL BINDAL, d/b/a Sinclair Gas, Lone Tree Service, Lone Tree Gas & Food; REAL HOLDINGS, INC.,

    Defendants.

No. C 16-00665 WHA

**ORDER GRANTING CONTINUANCE**

The Order to Show Cause hearing schedule for June 22, 2017 is continued to **JUNE 29, 2017 AT 11:00 AM** on the 19th floor of the Phillip Burton Courthouse, Courtroom 8, 450 Golden Gate, Avenue, San Francisco. .

**IT IS SO ORDERED.**

Dated: June 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE