1
2
3
4
5    IN THE UNITED STATES DISTRICT COURT
6
7    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

FRANCISCA MORALEZ,                              No. C 16-00665 WHA

    Plaintiff,

  v.

ROBEHERBA TEHRANI, ARUN                         **ORDER DISMISSING ACTION**
KUMAR, and BILL BINDAL, d/b/a
Sinclair Gas, Lone Tree Service, Lone Tree
Gas & Food; REAL HOLDINGS, INC.,

    Defendants.
                                         /

    Plaintiff Francisca Moralez has repeatedly failed to serve defendants in this action. As a result, on November 16, 2016, Judge Elizabeth Laporte recommended dismissal (Dkt. No. 28). The action was reassigned to the undersigned judge who declined to adopt Judge Laporte's report and recommendation, and ordered Moralez to serve defendants by May 25, 2017 (Dkt. No. 33). That order stated that no further extensions would be granted.

    On May 31, Moralez filed a proof of service dated May 25, 2017, naming "Arun Kumar, et al., dba Sinclair Gas, Lone Tree Gas & Food" and stating that the process server "personally served the summons on the individual at . . . 3720 Lone Tree Way, Antioch, CA" (Dkt. No. 36). The certificate of service did not name any other defendant. Accordingly, this Court dismissed claims against all defendants but Kumar (Dkt. No. 37). It also observed that the summons Moralez filed is defective in that it fails to include the address of either the plaintiff or plaintiff's attorney as required by FRCP 4(a)(1)(C) (Dkt. No. 15) . On this basis, it ordered Moralez to show cause why her action should not be dismissed.

At the show-cause hearing, Moralez, who was represented by counsel, admitted that service on Tehrani was deficient, but nevertheless asked that this deficiency be excused, and that she be given a further opportunity to perfect service. Moralez indicated that, if she were given more time to effectuate service, she would re-file her lawsuit naming only defendants Roobeheba Tehrani and Bill Bindal, and personally serve those two defendants.

Moralez has provided no reason of any legal significance excusing her failure to properly serve defendants in this action despite being given several extensions of time in which to do so. Her time to serve Kumar has now passed. Accordingly, this action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: June 29, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE